**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WAYNE CAMPBELL, et al.,

       Plaintiffs,

v.                                  Cause No. 2:16-CV-01031-RJ-CG

JOSE N. LOPEZ,

       Defendant.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VACATE THE DISCOVERY AND PRETRIAL ORDER DEADLINES

**THIS MATTER** is before the Court on *Plaintiffs' Unopposed Motion to Vacate the Discovery and Pretrial Order Deadlines*, (Doc. 39), filed May 4, 2017. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadlines in the Court's *Scheduling Order*, (Doc. 13), filed November 9, 2016, are hereby extended as follows:

1. The termination date for discovery is **August 8, 2017**.

2. Motions relating to discovery shall be filed by **August 30, 2017.**

3. Pretrial motions, other than those relating to discovery, shall be filed by **September 11, 2017.**

4. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **October 25, 2017**; Defendant to the Court on or before **November 8, 2017**.

 **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE