# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WAYNE CAMPBELL, et al.,

    Plaintiffs,

v.                                                                             No. CV 16-1031 RJ/CG

JOSE N. LOPEZ, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, July 27, 2017 at 2:30 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings.

                                                            _____
                                                            THE HONORABLE CARMEN E. GARZA
                                                            UNITED STATES MAGISTRATE JUDGE