IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WAYNE CAMPBELL, et al.,

    Plaintiffs,

v.                                       No. CV 16-1031 RJ/CG

JOSE N. LOPEZ, et al.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' notice at the July 27, 2017 telephonic stats conference that they have reached an agreement to settle this case.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **August 28, 2017.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE